FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2024-0180
_____

MARVIN JAMES LUCKEY,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.
_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

March 6, 2024

PER CURIAM.

    The Court dismisses the petition alleging ineffective
assistance of counsel as unauthorized. *See* Fla. R. App. P.
9.141(d)(5) (explaining that a petition alleging ineffective
assistance of counsel is generally filed no more than two years after
the judgment and sentence become final on direct review).

ROBERTS, ROWE, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marvin James Luckey, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.